**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 04-1702**

In Re:  THOMAS W. HILL,

Petitioner.

On Petition for Writ of Mandamus or Prohibition. (CA-04-55-1)

Submitted:  November 15, 2004      Decided:  February 9, 2005

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Thomas W. Hill, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Thomas W. Hill petitions for writ of mandamus or prohibition directing the district court and the bankruptcy court to abstain from further proceedings with regard to an involuntary bankruptcy petition filed against him. We find that Hill has not shown a clear right to the relief sought. See In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Accordingly, we deny the mandamus petition. We also deny Hill's motion to hold this petition in abeyance pending the resolution of other matters pending in this court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED